UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern Di~~strict of Texas

**ENTERED**

August 21, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal H-18-693 |
| | § | |
| Rasiel Gutierrez Moreno (1), | § | |
| Milena Del Carmen Hernandez Ortega (2), | § | |
| Rafael Franco Mendoza (3), | § | |
| | § | |
| Defendants. | § | |

## Order Continuing Trial

On Milena Del Carmen Hernandez Ortega's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by October 27, 2019.
2. Responses will be filed by November 7, 2019.
3. The motion to suppress hearing is set for October 1, 2019, at 10:00 a.m.
4. Pretrial conference is reset to November 25, 2019, at 2:30 p.m.
5. Proposed voir dire and jury instructions will be filed by November 26, 2019.
6. Jury selection and trial are reset to December 3, 2019, at 9:00 a.m.

Signed on August 21, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge